Decisions on Petitions for Writs of Certiorari.

RIAN. Second Circuit. Denied May 5, 1902. *Mr. Julien T. Davies* for the petitioner. *Mr. James B. Dill* and *Mr. Arthur J. Baldwin* opposing.

---

No. 648. BARR CAR COMPANY *v.* CHICAGO & NORTHWESTERN RAILWAY COMPANY. Seventh Circuit. Denied May 5, 1902. *Mr. John W. Munday* for the petitioner. *Mr. George S. Payson* opposing.

---

No. 649. SEYMOUR LUMBER COMPANY *v.* CARLING. Fifth Circuit. Denied May 5, 1902. *Mr. John R. L. Smith* for the petitioners. *Mr. A. O. Bacon, Mr. Washington Dessau* and *Mr. Nathaniel E. Harris* opposing.

---

No. 657. FAIRGRIEVE *v.* MARINE INSURANCE COMPANY (LIMITED), OF LONDON. Denied May 5, 1902. *Mr. Harvey D. Goulder* for the petitioners.

---

No. 585. BOARD OF COMMISSIONERS OF STANLY COUNTY *v.* COLER & COMPANY. Fourth Circuit. Granted May 19, 1902. *Mr. James E. Shepherd, Mr. A. C. Avery* and *Mr. C. M. Busbee* for the petitioners. *Mr. John F. Dillon, Mr. Charles Price, Mr. Harry Hubbard* and *Mr. John M. Dillon* opposing.

---

No. 665. PATTON *v.* SOUTHERN RAILWAY COMPANY. Fourth Circuit. Denied May 19, 1902. *Mr. Theodore F. Davidson* for the petitioner. *Mr. Charles Price* opposing.

---

No. 669. TAYLOR *v.* PARRAMORE. Second Circuit. Denied May 19, 1902. *Mr. W. G. Henderson* and *Mr. J. Edgar Bull* for the petitioner. *Mr. Edwin H. Brown* and *Mr. James A. Hudson* opposing.